IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAVASIO K. HALL,

    Petitioner,      No. CIV S-10-0714 WBS DAD P

    vs.

McDONALD,

    Respondent.      ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 9, 2010, petitioner filed a request for a 90-day extension of time to file his traverse. On August 17, 2010, petitioner then filed a document styled, "Request For Leave To Amend Pro Se Traverse To Exceed 35, Pages [sic]." Petitioner attached a traverse and memorandum of points and authorities in support thereof to this latter document filed with the court.

    The court will grant petitioner's request for an extension of time nunc pro tunc. However, it is unclear to the court whether through his request filed August 17, 2010, petitioner is seeking further leave to amend the traverse and points and authorities attached to that motion or, rather, is simply asking that the court accept the attached traverse and points and authorities. Accordingly, petitioner's request for leave to amend will be denied without prejudice. The Clerk

1

of Court will be directed to remove the traverse and points and authorities from petitioner's request for leave to amend (Doc. No. 16) and to file those documents as petitioner's traverse. If petitioner wishes to seek leave to further amend the traverse and points and authorities, he should file a new motion seeking leave to file an amended traverse.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's August 9, 2010 request for a 90-day extension of time to file his traverse (Doc. No. 15), is granted nunc pro tunc;

2. Petitioner's August 17, 2010 request for leave to amend his traverse (Doc. No. 16) is denied without prejudice; and

3. The Clerk of Court is directed to remove petitioner's traverse and points and authorities from his August 17, 2010 request for leave to amend his traverse (Doc. No. 16, pages 2-35), and docket those documents as petitioner's traverse with August 17, 2010 as the filing date.

DATED: August 27, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hall0714.111trav